UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ERIK ROWE,**                                                                                    **Plaintiff**

**v.**                                                                          **Case No. 3:16-cv-275-DJH-CHL**

**LASTIQUE INTERNATIONAL CORP.,**                                       **Defendant**

### SETTLEMENT REPORT AND RECOMMENDATION

The Court was scheduled to conduct a settlement conference in this matter on Friday, July 14, 2017. On July 12, 2017, Michelle Wyrick, counsel for the Defendant, emailed the Court indicating that "the parties have reached an agreement." Wyrick copied Rowe's counsel on the email.

Accordingly, the Court **CANCELS** the July 14, 2017 settlement conference.

Additionally, the Magistrate Judge recommends that this action be dismissed as settled with prejudice and with leave to reinstate within thirty (30) days after entry of the order of dismissal should the parties fail to fulfill the terms of the settlement agreement within that time period.