UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ERIK ROWE,                                                                                                   Plaintiff,

v.                                                                                   Civil Action No. 3:16-cv-275-DJH-CHL

LASTIQUE INTERNATIONAL
CORPORATION,                                                                                         Defendant.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 18), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

July 13, 2017

**David J. Hale, Judge**
**United States District Court**

1