UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ERIK ROWE,            Plaintiff,

v.            Civil Action No. 3:16-cv-275-DJH

LASTIQUE INTERNATIONAL
CORPORATION,            Defendant.

\* \* \* \* \*

## ORDER

The parties have filed an agreed order of dismissal with prejudice signed by all parties who have appeared. (Docket No. 20) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

August 23, 2017

                                                                   **David J. Hale, Judge**
                                                         **United States District Court**